DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | | |
|---|---|---|
| JUAN MENDEZ, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 05-cv-00174-LDD |
| | : | |
| PUERTO RICAN INTERNATIONAL | : | (Consolidated with |
| COMPANIES, INC., et al. | : | No. 05-cv-00199-LDD) |

ORDER

AND NOW, this 12th day of October 2011, upon consideration of Plaintiffs' Notice of No Objection, it is hereby ORDERED that Defendants' Motion for Leave to Exceed Page Limit (Case No. 05-174: Doc. No. 611 and Case No. 05-199: Doc. No. 481) is GRANTED.

BY THE COURT:

/s/ Legrome D. Davis
Legrome D. Davis, J.