DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | | |
|---|---|---|
| JUAN MENDEZ, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 05-cv-00174-LDD |
| | : | |
| PUERTO RICAN INTERNATIONAL | : | (Consolidated with |
| COMPANIES, INC., et al. | : | No. 05-cv-00199-LDD) |

AMENDED SCHEDULING ORDER

AND NOW, this 12th day of October 2011, upon consideration of Plaintiffs' request for an extension of time to respond to the dispositive motions filed by Defendants (Case No. 05-174: Doc. Nos. 612, 615, 618, and 621; Case No. 05-199: Doc. Nos. 482, 485, 488, and 491), it is hereby ORDERED that Plaintiffs' Motion to Extend Time to File Their Responses to Defendants' Dispositive Motions (Case No. 05-174: Doc. No. 626 and Case No. 05-199: Doc. No. 496) is GRANTED.

It is further ORDERED that in these consolidated actions, the case management deadlines are amended as follows:

1. Plaintiff's responses to Defendants' respective Motions for Summary Judgment and Motion to Dismiss, shall be filed on or before Wednesday, November 9, 2011; Defendants' reply briefs shall be filed on or before Thursday, November 23, 2011.

2. The parties shall notify the Court on or before Thursday, December 1, 2011, whether they choose to mediate this action. If the parties choose to mediate, they shall also inform the Court of the dates scheduled for mediation on or before Thursday, December 8, 2011.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.