### IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. CROIX

| | |
|---|---|
| JUAN MENDEZ, et al.,<br>    Plaintiffs,<br><br>v.<br><br>PUERTO RICAN INTERNATIONAL COMPANIES, INC., et al.,<br>    Defendants. | **Civil No.** 05-CV-00174-LDD<br>(Consolidated with No. 05-CV-00199-LLD)<br><br>JURY TRIAL DEMANDED |

### NOTICE OF FILING DAMAGES AFFIDAVITS OF PLAINTIFFS

Plaintiffs, by and through undersigned counsel, submit the following five (5) affidavits evidencing damages related to Plaintiffs' Title VII claim for discrimination in pay, promotion and hiring, Count I of Plaintiffs' Second Amended Complaint, as requested by this Court [*See* Order, ECF Doc. 913]:

**1.    Joseph Oscar**

**2.    Orson Orlando Flemming**

**3.    Angel Oscar Velazquez Martinez**

**4.    Angel Oscar Velazquez Lopez**

**5.    Waldemar Olmeda**

RESPECTFULLY SUBMITTED
LEE J. ROHN AND ASSOCIATES, LLC
Attorneys for Plaintiffs

DATED:  June 15, 2015          BY:   s/ *Lee J. Rohn*
                                Lee J. Rohn, Esq.
                                VI Bar No. 52
                                1101 King Street
                                Christiansted, St. Croix
                                U.S. Virgin Islands 00820
                                Telephone: (340) 778-8855
                                **lee@rohnlaw.com**

LEE J. ROHN AND ASSOCIATES, LLC
1101 King Street
Christiansted
VI 00820-4933
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

Mendez, et al v. PIC, et al
**NOTICE OF FILING DAMAGES AFFIDAVITS OF PLAINTIFFS**
Page 2

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on **June 15, 2015**, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Charles E. Engeman, Esquire
Ogletree, Deakins, Nash, Smoak & Stewart, LLC
The Tunick Building, Suite 201
1336 Beltjen Road
St. Thomas, VI  00802
Email Address: charles.engeman@odnss.com
martia.aldonza@ogletreedeakins.com
 **Attorney For: Plant Performances Services, LLC (P2S), Fluor Corporation (Fluor),
Fluor Enterprises, Inc. (FEI) and
Plant Performance Services International, Inc. (PPSI)**

Linda Blair, Esquire
Bryant Barnes Blair & Benoit, LLP
1134 King Street, 2nd Floor
St. Croix, VI  00820
Email Address: lblair@bryantbarnes.com
 **Attorney For: HOVENSA LLC**


BY:   s/ *Lee J. Rohn*      (cle)