NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF THE VIRGIN ISLANDS
## ST. CROIX DIVISION

JUAN MENDEZ, et al.,

Plaintiffs,

v.

PUERTO RICAN INTERNATIONAL
COMPANIES, INC., et al.,

Defendants.

Civ. No. 05-174
(consolidated with Civ. No. 05-199)

**ORDER**

THOMPSON, U.S.D.J.[1]

For the reasons stated in the opinion issued this same day,

IT IS, on this ___ day of December, 2015

ORDERED that the motion for attorneys' fees and costs of Defendants Fluor Corporation, Fluor Enterprises, Inc., Plant Performances Services, LLC, and Plant Performance Services International, Ltd. (ECF Nos. 931, 933, 934, 935, 936) is DENIED without prejudice.

ANNE E. THOMPSON, U.S.D.J.

---

[1] The Hon. Anne E. Thompson, United States District Judge for the District of New Jersey, sitting by designation.